UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PHILIP BERRYMAN

                Plaintiff,

vs.                                                Case No. 1:10-cv-12169
                                                HON. Thomas L. Ludington

BARBARA SAMPSON, et al.,

                Defendant,
_____/

## ORDER GRANTING FORMER PLAINTIFF MARVIN HOLDEN'S REQUEST FOR CLARIFICATION AND DENYING FORMER PLAINTIFF MARVIN HOLDEN'S REQUEST FOR AN ORDER WAIVING FILING FEE PAYMENT RESPONSIBILITY

On June 2, 2010, Plaintiffs David Lytal, Philip Berryman, Cory Hudson, Michael Davis, Maurice Newson, and Marvin Holden filed a pro se civil rights complaint under 42 U.S.C. § 1983 against members of the Michigan Parole Board and several correctional officials [Dkt. #1]. On June 21, 2010, former plaintiff Marvin Holden filed a motion to withdraw from the instant complaint [Dkt. # 9]. The Court granted Holden's motion on August 26, 2010 [Dkt. # 14]. On September 17, 2010, Plaintiff Philip Berryman filed a motion requesting leave to amend the complaint before service and requesting, in part, that the plaintiffs who were dismissed be ordered to pay the assessed one-sixth portion of the filing fee so service could be made on Defendants [Dkt. # 16]. The Court granted Plaintiff Berryman's motion in part [Dkt. # 17], and ordered the dismissed plaintiffs to pay the one-sixth portion of the filing fee for which each is individually responsible [Dkt. # 18; Dkt. # 19; Dkt. # 20; Dkt. # 21; Dkt. # 22].

Now before the Court is Holden's motion for clarification of the Court's October 13, 2010, order [Dkt. # 17] and the related order directing filing fee payment [Dkt. # 22]. Holden also requests an order providing that he is not responsible for any partial filing fee payment because he withdrew

before service of process.

The Court **GRANTS** former plaintiff Marvin Holden's request for clarification and for the reasons stated below **DENIES** his request for an order that he does not have to pay any partial filing fees.

As stated in relevant part in the Court's October 13, 2010, order [Dkt. # 17], an inmate's responsibility to pay the required filing fees is not eliminated even by a voluntary dismissal of a complaint because § 1915(b)(1) "compels the payment of the respective fees at the moment the complaint or notice of appeal is filed." *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1133 (6th Cir. 1997). "Any subsequent dismissal of the case, even if voluntary, does not negate this financial responsibility." *Id.* at 1133-34. Where multiple inmates choose to join in the prosecution of the case, each prisoner is proportionally liable for any fees and costs that may be assessed. *Id.* at 1138. As a result, any fees and costs imposed by the court are equally divided among all the inmates. *Id.*

At the time of filing, the filing fee of $350 was equally divided among the six plaintiffs who signed the complaint, resulting in each individual plaintiff being responsible for $58.34 of the filing fee. Despite withdrawing before service was made on Defendants, former plaintiff Marvin Holden became responsible for his one-sixth portion of the filing fee at the time the complaint was filed. Holden's voluntary withdrawal thus does not negate his responsibility to pay his one-sixth portion of the filing fee.

According, it is **ORDERED** that Marvin Holden's request for an order to waive his filing fee payment responsibility is **DENIED**.

s/Thomas L. Ludington  
THOMAS L. LUDINGTON  
United States District Judge

Dated: December 8, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 8, 2010.

                                        s/Tracy A. Jacobs
                                        TRACY A. JACOBS